IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ROBERT L. WILLIAMS, et al.                    *

    Plaintiffs                                      *

v.                                                          *    Civil Action No. 01 CV 3167

EATON CORPORATION, et al.              *

    Defendants                                    *

                     *   *   *   *   *

### ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Voluntary Dismissal and after consideration of the same, it is this 9th day of November, 2001, by the United States District Court for the District of Maryland,

ORDERED, that said Motion be, and the same is hereby, GRANTED.

_____
United States District Court Judge