IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT L. WILLIAMS, et al.        :

v.                                 :    Civil Action WMN-01-3167
                                   :
EATON CORPORATION, et al.          :

### ORDER

This action was originally filed in the Circuit Court for Baltimore City. On October 24, 2001, Defendant Eaton Corporation removed the action to this Court on the basis of the bankruptcy filing of a co-defendant, Bethlehem Steel Corporation. Subsequently, Plaintiffs filed a motion to voluntarily dismiss the claims against Bethlehem Steel, which the Court granted. Plaintiffs also filed a motion to remand the action back to the state court, arguing that the dismissal of Bethlehem Steel eliminates the sole basis for federal jurisidiction. No opposition to the motion to remand was filed.

For the reasons stated in Plaintiffs' Motion to Remand, IT IS this 4th day of February, 2002, by the United States District Court for the District of Maryland, ORDERED:

   1.   That Plaintiffs' Motion to Remand, Paper No. 15, is hereby GRANTED;

   2.   That the Clerk of this Court shall remand this action to the Circuit Court for Baltimore City; and

3.   That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.


_____
William M. Nickerson
United States District Judge